KELADENE G. WHITE, Appellant-Appellee, *v.*
BOARD OF EDUCATION, STATE OF HAWAII,
et al., Appellees-Appellants

No. 5164

NOVEMBER 9, 1972

RICHARDSON, C.J., MARUMOTO, ABE,
LEVINSON AND KOBAYASHI, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.

*Benjamin C. Sigal* (*Shim & Sigal* of counsel) for the petition.